

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

TIMOTHY J. CHERIAPARAMPIL,

                Petitioner,

v.

DAVID LERNER ASSOCIATES, INC.,

                Respondent.

Civil Action No.: 20 CV 6178 (LLS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/21

## ORDER CONFIRMING ARBITRATION AWARD

Upon consideration of Petitioner Timothy J. Cheriaparampil's Petition to Confirm Arbitration Award and all responses thereto, and upon good cause shown, it is hereby

ORDERED that Petitioner's Petition to Confirm the Arbitration Award in the FINRA Arbitration captioned *Timothy J. Cheriaparampil v. David Lerner Associates, Inc.,* FINRA Arb. No. 19-02083 (the "Award") is GRANTED;

ORDERED that the Award is CONFIRMED; and it is further

ORDERED that judgment is hereby entered against RESPONDENT DAVID LERNER ASSOCIATES, INC., and in favor of PETITIONER TIMOTHY J. CHERIAPARAMPIL, for the expungement of Occurrence Number 1970105 from the Petitioner's registration records maintained by the FINRA Central Registration Depository.

*No opposition LLS*

It is so ordered.

ENTERED this 15th day of January, 2021.

_____
Louis L. Stanton, U.S.D.J.

SL1 1651013v2 113577.00002