UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIMOTHY J. CHERIAPARAMPIL,

                Petitioner,                20 **CIVIL** 6178 (LLS)

      -against-                            **JUDGMENT**

DAVID LERNER ASSOCIATES, INC.,

                Respondents.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 15, 2021, that Petitioner's Petition to Confirm the Arbitration Award in the FINRA Arbitration captioned *Timoth y J Cheriaparampil v. Da vid Lerner Associates, In c.,* FINRA Arb. No. 19-02083 (the "Award") is GRANTED; ORDERED that the Award is CONFIRMED; and it is further ORDERED that judgment is hereby entered against RESPONDENT DAVID LERNER ASSOCIATES, INC., and in favor of PETITIONER TIMOTHY J. CHERIAPARAMPIL, for the expungement of Occurrence Number 1970105 from the Petitioner's registration records maintained by the FINRA Central Registration Depository. No Opposition.

**Dated**: New York, New York
        January 15, 2021

                                          **RUBY J. KRAJICK**

                                            **Clerk of Court**
                            **BY:** _____
                                            **Deputy Clerk**